U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT OF ARKANSAS JUL 20 2012
WESTERN DISTRICT
HOT SPRINGS DIVISION

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

CAROL ALLEN and
FRANK ALLEN

**PLAINTIFFS**

v.                                    No. *12-6093*

K-MAC HOLDINGS CORP.                                    **DEFENDANT**

### NOTICE OF REMOVAL

Defendant, K-mac Enterprises, Inc., d/b/a Golden Corral (incorrectly identified as K-Mac Holdings Corp.), files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and states:

1.      Plaintiffs filed their Complaint in the Circuit Court of Garland County, Arkansas on June 8, 2012; a copy of the Complaint is attached hereto as Exhibit "A" and incorporated.

2.      Plaintiffs served K-Mac Enterprises, Inc., d/b/a Golden Corral with a copy of the Summons and Complaint on June 21, 2012.

3.      K-Mac Enterprises, Inc., d/b/a Golden Corral has timely filed this Notice of Removal within thirty (30) days of the date it was served with the Complaint pursuant to 28 U.S.C. § 1446(b).

4.      Plaintiffs' Complaint asserts a negligence claim against K-Mac Enterprises, Inc., d/b/a Golden Corral related to an alleged trip and fall at a Golden Corral restaurant located in North Little Rock, Arkansas.

5.      K-Mac Enterprises, Inc., d/b/a Golden Corral timely answered plaintiffs' Complaint and further joined in plaintiffs' request for a jury trial in its initial responsive pleading; a copy of the Answer filed on behalf of K-Mac Enterprises, Inc., d/b/a Golden Corral is attached hereto marked Exhibit "B".

6.     According to the Complaint, plaintiffs are citizens of Arkansas; moreover, K-Mac Enterprises, Inc., d/b/a Golden Corral is incorporated under the laws of the State of Missouri with its principle place of business being in Springfield, Missouri.

7.     This is a civil action between citizens of different states; plaintiffs' Complaint alleges that the amount in controversy exceeds the sum of $75,000, exclusive of interest and cost.

8.     This Court, therefore, has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332; thus, this case is removable to this Court pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, this Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332, as amended, and defendant has properly removed this action to this Court from the Circuit Court of Garland County, Arkansas; therefore, all state court proceedings are halted.

Respectfully submitted,

Kevin W. Cole (93200)
BARRETT & DEACON, P.A.
P.O. Box 1700
Jonesboro, AR 72403
(870) 931-1700

By: _____
Attorneys for Defendant,
K-Mac Enterprises, Inc.,
d/b/a Golden Corral

2