## IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
## CIVIL DIVISION

| | |
|---|---|
| CAROL ALLEN and FRANK ALLEN, | Case No.: CV-2012- 473 I-FILED |
| Plaintiffs | 2012 JUN 3 AM 10 55 |
| vs. | COMPLAINT AT LAW  JEANNIE PIKE GARLAND CO. CIRCUIT CLERK BY |
| K-MAC HOLDINGS CORP., | |
| Defendant | |

Plaintiffs state as follows for their cause of action:

1) Plaintiffs ["Carol" and "Frank"] are married to one another and they are residents of Garland County, Arkansas; defendant is an incorporated business entity that owns and operates a "Golden Corral" restaurant situate at 5001 Warden Road, North Little Rock, Arkansas.

2) On August 4, 2011, plaintiffs entered the Golden Corral as customers. Carol tripped on an entry-way floor mat that had curled to a raised position.

3) Carol fell with much force and injured herself.

4) Defendants entry-way constituted a known hazard to its business invitees and its employees, acting within the scope of employment, permitted the hazard to remain, albeit negligence which proximately caused plaintiffs' damages.

5) Carol has sustained medical expenses, suffered bodily impairment, increased disfigurement, pain and suffering and mental anxiety which will continue


EXHIBIT A

because of the permanent nature of her injuries. Her damages have a monetary value of $750,000.

6) Frank is Carol's devoted caretaker, albeit imposed by virtue of his love for her and by duties implicit in matrimony. Carol's pre-existing condition was such that occasions for normal activities, like dining out, were treasured. Because of Carol's injury however, Frank has also suffered in that those type of outings and activities have diminished proportionately with the need for increased care and maintenance, albeit a loss of consortium having a value of $500,000.

7) Plaintiffs demand a jury trial.

WHEREFORE, plaintiffs demand judgment against defendant as pled.

Carol and Frank Allen, Plaintiffs

By: _____
CHARLES SIDNEY GIBSON #70027

**GIBSON LAW OFFICE**
103 N. Freeman
P. O. Drawer 510
Dermott, Arkansas 71638
Telephone: (870) 538-3288
Facsimile: (870) 538-5029