# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

| | |
|---|---|
| **CAROL ALLEN and FRANK ALLEN,** | Case No.: 6:12-CV-06093-RTD |
| **Plaintiffs** | **RULE 25(a) FRCvP,** |
| vs. | **MOTION FOR SUBSTITUTION OF A DECEASED PARTY** |
| **K-MAC HOLDINGS CORP.,** | |
| **Defendants** | |

Movant, co-plaintiff, Frank Allen states as follows for his motion:

1) Co-plaintiff, Carol Allen, died July 4th, last. Her cause of action is one for personal injury and survives her death, Ark. Code Ann. §16-62-101(a)(1).

2) Movant is a co-plaintiff and was married to the deceased until her death. He is the "proper party" to be substituted for the continuation of the decedent's cause of action, Rule 25(a), FRCvP.

WHEREFORE, movant prays that his motion be granted and that he be substituted as the proper party in the place and stead of the decedent, Carol Allen.

Frank Allen, Co-Plaintiff

By: /s/Charles Sidney Gibson_____
    CHARLES SIDNEY GIBSON #70027
    **Gibson Law Office**
    103 N. Freeman
    P. O. Box 510
    Dermott, AR  71638
    Telephone: (870) 538-3288
    Facsimile:  (870) 538-5029
    charlessidneygibson@yahoo.com

### Certificate of Service

I certify that I, Charles Sidney Gibson, filed this pleading electronically on July 8, 2013, with the Clerk of Court using the ECG system, which shall send notification to the following person(s): Kevin W. Cole.

    /s/Charles Sidney Gibson_____
    CHARLES SIDNEY GIBSON, #70027