```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

FRANK ALLEN, individually and
on behalf of CAROL ALLEN, deceased                      PLAINTIFF

    v.                No. 6:12-CV-6093-RTD

K-MAC ENTERPRISES, INC.
d/b/a GOLDEN CORRAL                                     DEFENDANT

## ORDER

Now on this 29th day of July, 2013, comes on for consideration the parties' Stipulation for Dismissal (Doc. 39).

IT APPEARING to the Court that the parties stipulate to the dismissal of this action, it is ORDERED that the case be dismissed with prejudice. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge